## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SMART START LIGHTING, LLC,** | : | |
| Plaintiff | : | No. 1:15-cv-1080 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **A/Z CORPORATION,** | : | |
| Defendant | : | |

## ORDER

**AND NOW,** on this 31st day of March 2016, **IT IS HEREBY ORDERED THAT**:

1. Defendant A/Z Corporation's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), (Doc. No. 6), is **GRANTED**;

2. Plaintiff Smart Start Lighting, LLC's complaint, (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** and **WITH LEAVE** to plead the complaint as a counterclaim in A/Z Corporation v. Lowe's Home Center, LLC, No. 15-cv-533.

3. The Clerk of Court is directed to close the above-captioned case.

                                            S/ Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania